UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITCHELL TAEBEL,<br><br>                                 Plaintiff,<br><br>       -against-<br><br>KATHY HOCHUL; NATIONAL FOOTBALL LEAGUE,<br><br>                                Defendants. | 24cv3580 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 27, 2024
              New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                    Chief United States District Judge